## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## FORT WAYNE DIVISION

| | | |
|---|---|---|
| **DONALD J. TRICARICO, JR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No. 1:20-cv-00092-JD** |
| | ) | |
| **MARION GENERAL HOSPITAL INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Donald J. Tricarico, Jr., and Defendant, Marion General Hospital, Inc., by counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree to the dismissal, with prejudice, of the Plaintiff's claims against Defendant in their entirety.  Each party shall bear its own costs.

Respectfully submitted this 24th day of March, 2022.

**DELANEY & DELANEY LLC**

 *s/ Annavieve C. Conklin*
Kathleen A. DeLaney, Atty. No. 18604-49
Annavieve C. Conklin, Atty. No. 33875-32
DeLaney & DeLaney LLC
3646 N. Washington Blvd.
Indianapolis, IN 46205
Phone: (317) 920-0400
Fax: (317) 920-0404
Kathleen@delaneylaw.net
aconklin@delaneylaw.net

Attorneys for Plaintiff, Donald J. Tricarico, Jr.

**ICE MILLER LLP**

*s/ Cameron D. Ritsema* (w/ permission)
Paul H. Sinclair, Atty. No. 17556-49
Cameron D. Ritsema, Atty. No. 35347-53
ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN  46282
Phone: (317) 236-2100
Fax: (317) 236-2219
Paul.Sinclair@icemiller.com
Cameron.Ritsema@icemiller.com

Attorneys for Defendant, Marion General Hospital, Inc.